DAVID F. BEACH, ESQ. (SBN 127135)
DAPHNE A. BELETSIS, ESQ. (SBN 142006)
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Santa Rosa, CA 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorney for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA WELTER,<br><br>              Plaintiff(s),<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1-10, INCLUSIVE,<br><br>              Defendant(s). | CASE No.<br><br>[ORIGINALLY SONOMA COUNTY SUPERIOR COURT, CASE NO. SCV-268227]<br><br>Unlimited Civil Action<br><br>**NOTICE OF REMOVAL**<br><br>(28 U.S.C. §§ 1332, 1441, 1446)<br><br>Complaint Filed: April 1, 2021<br>Trial Date: Not Set |

TO PLAINTIFF AND HER ATTORNEY OF RECORD:

      PLEASE TAKE NOTICE THAT Defendant COSCTO WHOLESALE CORPORATION (hereinafter "Costco") hereby removes the above action from the Superior Court of the State of California, County of Sonoma to the United States District Court, Northern District of California.

      In support of removal, Defendant states the following grounds:

      1.      On April 1, 2021, Plaintiff Teresa Welter (hereinafter "Plaintiff") filed a lawsuit against Defendant in the Superior Court of the State of California, County of Sonoma, entitled *Welter v. Costco Wholesale Corporation*, *et al.*, Case Number SCV-268227. Plaintiff's Complaint asserts two causes of action against Defendant for Premises Liability and General Negligence. The Complaint asserts Plaintiff's right to recover general and compensatory damages in excess of $25,000. Defendant was initially the only defendant in this action and was served on April 22,

2021. A true and correct copy of the Summons and Complaint are attached hereto as **Exhibit A**.

2. On April 30, 2021 in a letter sent by email, Counsel for Defendant sought a stipulation that the amount in controversy did not exceed $75,000.  (See **Exhibit B**.)

3. On April 30, a DOE amendment was filed by Counsel for Plaintiff naming Dave Renz as a Defendant.

4. On May 3, 2021 A DOE amendment was filed naming Rob Geisler as a Defendant.

5. On May 10, 2021 a DOE amendment was filed naming Rob Glazer as a Defendant.

6. On May 10, 2021 Rob Geisler was dismissed without prejudice.

7. Plaintiff's counsel responded to the request for a stipulation to an amount in controversy under $75,000 by telephone on May 6, 2021, declining to stipulate.

8. The defendants named in place of DOES are employees whose negligence, if any, is imputed to their employer so their presence in the action does not defeat diversity jurisdiction. They were named to defeat diversity jurisdiction and are improperly joined.

## Complete Diversity Exists

3. Plaintiff is an individual residing in Lake County, State of California. Plaintiff completed a Witness Report of Incident listing an address in Hidden Valley Lake, Lake County, State of California.  The Report[1] is attached as **Exhibit C**. Plaintiff is domiciled in California.

4. The alleged injury occurred in this court's jurisdiction of Sonoma County.

5. Defendant is a corporation incorporated in Washington State and headquartered in Washington State. It is therefore treated as a citizen of Washington State. (*Hertz Corp. v. Friend* (2010) 559 U.S. 77, 92-93.)

6. Complete diversity existed at the time the lawsuit was filed in State Court and exists now as well. Complete diversity therefore exists for purposes of federal diversity jurisdiction.

## The Amount in Controversy Requirement is Satisfied

7. The Complaint in this matter did not include the amount of damages. However, Plaintiff's counsel is unwilling to stipulate that the amount in controversy does not exceed $75,000.

---

[1] Redacted as to private information relating to Plaintiff.

8. While the amount in controversy meets the diversity jurisdictional threshold, Defendant reserves the right to refute any evidence Plaintiff proffers or will proffer in support of her claims.

### **This Removal is Timely**

9. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(B)(1) which states, "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

10. Defendant was served on April 22, 2021, making this Notice of Removal timely.

DATED: May 24, 2021

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP

By: *Daphne A Beletsis*
DAVID F. BEACH
DAPHNE A. BELETSIS
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# EXHIBIT A

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Costco Wholesale Corporation and Does 1-10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Teresa Welter

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California
County of Sonoma
4/21/2021 8:52 AM
Arlene D. Junior, Clerk of the Court
By: Branden Rasmussen, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Sonoma County Superior Court
600 Administration Drive
Santa Rosa CA 95403

CASE NUMBER:
*(Número del Caso):* SCV-268227

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jesse B. Chrisp 262518          707-994-0529
15322 Lakeshore Drive, 3rd Floor Clearlake CA 95467

DATE: 4/21/2021 8:52 AM    ARLENE D. JUNIOR    Clerk, by _____, Deputy
*(Fecha)*                   *(Secretario)*  Branden Rasmussen  *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

   Costco Wholesale Corporation
3. [X] on behalf of *(specify):*

   under: [X] CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. [X] by personal delivery on *(date):* APR 22 2021

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | | FOR COURT USE ONLY |
|---|---|---|
| Jesse B. Chrisp 262518<br>Law Offices of J. Chrisp<br>15322 Lakeshore Drive, 3rd Floor Clearlake CA 95467<br>TELEPHONE NO.: 707-994-0529  FAX NO. *(Optional):* 707-995-3529<br>ATTORNEY FOR *(Name):* Plaintiff | | ELECTRONICALLY FILED<br>Superior Court of California<br>County of Sonoma<br>4/21/2021 8:52 AM<br>Arlene D. Junior, Clerk of the Court<br>By: Branden Rasmussen, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma
STREET ADDRESS: 600 Administration Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa 95403
BRANCH NAME: Civil - Unlimited

CASE NAME: Welter v. Costco Wholesale Corporation

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: SCV-268227 |
|---|---|---|
| [✓] Unlimited  [ ] Limited<br>(Amount  (Amount<br>demanded  demanded is<br>exceeds $25,000)  $25,000) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

   **Auto Tort**
   [ ] Auto (22)
   [ ] Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   [ ] Asbestos (04)
   [ ] Product liability (24)
   [ ] Medical malpractice (45)
   [✓] Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   [ ] Business tort/unfair business practice (07)
   [ ] Civil rights (08)
   [ ] Defamation (13)
   [ ] Fraud (16)
   [ ] Intellectual property (19)
   [ ] Professional negligence (25)
   [ ] Other non-PI/PD/WD tort (35)

   **Employment**
   [ ] Wrongful termination (36)
   [ ] Other employment (15)

   **Contract**
   [ ] Breach of contract/warranty (06)
   [ ] Rule 3.740 collections (09)
   [ ] Other collections (09)
   [ ] Insurance coverage (18)
   [ ] Other contract (37)

   **Real Property**
   [ ] Eminent domain/Inverse condemnation (14)
   [ ] Wrongful eviction (33)
   [ ] Other real property (26)

   **Unlawful Detainer**
   [ ] Commercial (31)
   [ ] Residential (32)
   [ ] Drugs (38)

   **Judicial Review**
   [ ] Asset forfeiture (05)
   [ ] Petition re: arbitration award (11)
   [ ] Writ of mandate (02)
   [ ] Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   [ ] Antitrust/Trade regulation (03)
   [ ] Construction defect (10)
   [ ] Mass tort (40)
   [ ] Securities litigation (28)
   [ ] Environmental/Toxic tort (30)
   [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   [ ] Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   [ ] RICO (27)
   [ ] Other complaint *(not specified above)* (42)

   **Miscellaneous Civil Petition**
   [ ] Partnership and corporate governance (21)
   [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties  d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve  e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [✓] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* 2
5. This case [ ] is [ ] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 4/21/2021

Jesse B. Chrisp
(TYPE OR PRINT NAME)  ▶  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jesse B. Chrisp 262518<br>Law Offices of J. Chrisp<br>15322 Lakeshore Drive, 3rd Floor<br>Clearlake CA 95467<br>TELEPHONE NO: 707-994-0529   FAX NO. (Optional): 707-995-3529<br>E-MAIL ADDRESS (Optional): jesse@chrisplaw.com<br>ATTORNEY FOR (Name): Plaintiff | ELECTRONICALLY FILED<br>Superior Court of California<br>County of Sonoma<br>4/21/2021 8:52 AM<br>Arlene D. Junior, Clerk of the Court<br>By: Branden Rasmussen, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma
STREET ADDRESS: 600 Administration Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa 95403
BRANCH NAME: Civil - Unlimited

PLAINTIFF: Teresa Welter

DEFENDANT: Costco Wholesale Corporation

[✓] DOES 1 TO 10

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** *(Number):*
Type *(check all that apply):*
[ ] MOTOR VEHICLE    [✓] OTHER *(specify):* Premise Liability
[ ] Property Damage    [ ] Wrongful Death
[✓] Personal Injury    [ ] Other Damages *(specify):*

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded  [ ] does not exceed $10,000
                  [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:
SCV-268227

1. Plaintiff *(name or names):* Teresa Welter
   alleges causes of action against **defendant** *(name or names):*
   Costco Wholesale Corporation and Does 1-10
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Costco Wholesale Corporation
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1-10 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

| SHORT TITLE: Welter v. Costco Wholesale Corporation | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☑ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☑ other damage *(specify):*
    **Proven at trial**

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 4/21/2021

Jesse B. Chrisp
(TYPE OR PRINT NAME)                                  (SIGNATURE OF PLAINTIFF OR ATTORNEY)

1  **CAUSE OF ACTION — Premises Liability**   Page 4
(number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Teresa Welter
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* 06/17/2019   plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*
Plaintiff Teresa Welter was shopping at the Costco located at 5901 Redwood Dr, Rohnert Park, CA 94928. Plaintiff Teresa Welter slipped on a liquid substance near the produce. As she fell, she caught herself on her shopping cart. The jarring motion pushed her shoulders back towards her neck, causing injury. Defendant Costco Wholesale Corporation was negligent by failing to exercise due care causing a dangerous condition that resulted in injuries to Plaintiff Teresa Welter. Defendant knew or should have known of the presence of the water and had sufficient notice and time to either warn of the water with a caution sign or clean up the water.

Prem.L-2.   [✓] **Count One — Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Costco Wholesale Corporation

[✓] Does 1 to 10

Prem.L-3.   [✓] **Count Two — Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*
Costco Wholesale Corporation

[✓] Does 1 to 10

Plaintiff, a recreational user, was [ ] an invited guest [✓] a paying guest.

Prem.L-4.   [✓] **Count Three — Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*
Costco Wholesale Corporation

[✓] Does 1 to 10

a. [✓] The defendant public entity had [✓] actual [✓] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [✓] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

[✓] Does 1 to 10

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b  [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION — Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

| SHORT TITLE: Welter v. Costco Wholesale Corporation | CASE NUMBER: |
|---|---|

<u>2</u>        CAUSE OF ACTION—General Negligence        Page <u>5</u>
(number)

ATTACHMENT TO ☑ Complaint  ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Teresa Welter

alleges that defendant *(name):* Costco Wholesale Corporation

☑ Does <u>1</u> to <u>10</u>

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 06/17/2019
at *(place):* Costco Wholesale Corporation, 5901 Redwood Dr, Rohnert Park, CA 94928

*(description of reasons for liability):*
Plaintiff Teresa Welter was shopping at the Costco located at 5901 Redwood Dr, Rohnert Park, CA 94928. Plaintiff Teresa Welter slipped on a liquid substance near the produce. As she fell, she grabbed ahold of her shopping cart. The jarring motion pushed her shoulders back towards her neck, causing injury. Defendant Costco Wholesale Corporation was negligent by failing to exercise due care causing a dangerous condition that resulted in injuries to Plaintiff Teresa Welter. Defendant knew or should have known of the presence of the water and had sufficient notice and time to either warn of the water with a caution sign or clean up the water.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

# EXHIBIT B

LAW OFFICES OF
# Perry, Johnson, Anderson, Miller & Moskowitz LLP
438 First Street, 4th Floor, Santa Rosa, CA 95401

William D. Anderson
David F. Beach
Deborah S. Bull ꟊ
Traci L. Carrillo
Isaac M. Gradman
John E. Johnson*
Marla Keenan-Rivero*
Scott A. Lewis
Michael G. Miller
Lawrence A. Moskowitz*
Leslie R. Perry
Burton H. Fohrman
Malcolm T. Manwell †
Roger J. Illsley
Daphne A. Beletsis
Mary Jane Schneider
Sheila S. Craig*
Oscar A. Pardo
Martin L. Hirsch
Megan J. Lightfoot
Nicole M. Jaffee
Kristin Mattiske-Nicholls
E. Page Allinson
Chad O. Dorr
Sarah Jane T.C. Truong
Kelsey L. O'Rourke
Sheri N. W. Chlebowski

Certified Specialist
* Family Law
ꟊ Appellate Law
†Estate Planning, Trust and Probate Law
The State Bar of California
Board of Legal Specialization

TELEPHONE
(707) 525•8800

FACSIMILE
(707) 545•8242

E-MAIL
beletsis@
perrylaw.net

April 30, 2021

**VIA EMAIL ONLY**
Jesse B. Chrisp
Law Offices of J. Chrisp
15322 Lakeshore Drive, 3rd Fl.
Clearlake, CA 95467
jesse@chrisplaw.com

    Re: **Welter v. Costco**
         Sonoma County Superior Court Case No. SCV-268227

Dear Mr. Chrisp:

    This office has been retained to represent the interests of Costco Wholesale Corporation in defense of this case with regard to the claim by your client, Teresa Welter, arising out of a June 17, 2019 incident date.

    It is our intention to remove the case to Federal Court on diversity of jurisdictional grounds (28 U.S. Code § 1332). As provided by the statute, diversity jurisdiction will apply to this matter, unless case value is less than $75,000. Accordingly, if you will stipulate that the damages sought will not meet or exceed the $75,000 threshold, we will not remove to federal court.

    A draft stipulation is enclosed for your reference. As I understand that our response pleading is due May 24, 2021, please advise as soon as possible whether you agree with, and will execute, the stipulation.

    Please direct all future communication regarding this matter to either me or Daphne Beletsis.

    Very truly yours,

    *Daphne A Beletsis*

    Daphne A. Beletsis

DFB:DAB:dls:vnk
Enclosure

# EXHIBIT C

# COSTCO WHOLESALE CORP.

WAREHOUSE LOC. # 651

## WITNESS REPORT OF INCIDENT
### GENERAL LIABILITY
### PLEASE PRINT
(To Be Completed Only By Witness To Incident)

1. Name: Teresa Welter          Member #: █████
2. Home Address: █████ Hidden Valley Lake, CA 95467
3. Business Address: _____
4. Home Phone: █████          Business Phone: █████
5. Did you see the incident in whole or in part? Yes
6. When did incident occur? Date: 6/17/19   Time: 4:40   AM (PM)
7. Where did incident occur? By Soda Fountain & Closest Table to Soda fountain in food court
8. Where were you in relation to the incident? State distance from scene, if view was obstructed and by what.
   Same as #7
9. Was anyone injured? Yes   Name of person injured: Teresa Welter
10. Was there any property damaged? _____ What was the extent of the damage? _____
11. Do you know any of the parties involved? _____ If so, how? Self
12. In your own words, what did you see, and what may have been the cause? Was getting condiments at food court and walking back to shopping cart slipped in a pool of liquid/spill. Right leg slid forward, left leg slid backward in a "splits" motion. Pain radiating from back to back of thigh down to back of knee.

WITNESS SIGNATURE: Teresa Welter   DATE: 6/17/19   TIME: 4:55 pm

### TO BE FILLED OUT BY WAREHOUSE

Incident/Member Name: _____
After completion of this form, include with fax of Incident Report #SF02, and Member First Report #SF03, then forward originals to:
COSTCO GENERAL LIABILITY, 999 LAKE DRIVE, ISSAQUAH, WA 98027

FORM #SF22  3/99

82

# PROOF OF SERVICE
*Pauline Hernandez v. Costco Wholesale Corporation, Inc.*

STATE OF CALIFORNIA, COUNTY OF SONOMA

I, the undersigned declare:

I am over the age of eighteen (18) years and not a party to the within action. I am an employee of Perry, Johnson, Anderson, Miller, & Moskowitz, LLP's and my address is 438 First Street, 4th Floor, Santa Rosa, California 95401, which is located in the County of Sonoma.

On the date below indicated, I served on the interested parties in this action the within documents described as:

- **NOTICE OF REMOVAL**

  **X**  **(BY ELECTRONIC SERVICE) CCP § 1010.6(a)(6))** *On May 24, 2021 based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused such documents described herein to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.*

Jesse B. Chrisp
Law Offices of J. Chrisp
15322 Lakeshore Drive, 3rd Floor
Clearlake, CA 95467
jesse@chrisplaw.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this declaration was executed on May 24, 2021 at Santa Rosa, California.

    Vanessa Kinney                      */s/ V. Kinney*